IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL P. TELEMAQUE**                                           **PLAINTIFF**

**VS.**                        **CASE NO. 2:05CV00183 JMM**

**MAURICE M. PAUL**                                                **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this __8__ day of August, 2005.

_____
James M. Moody
United States District Court

Dockets.Justia.com