IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL P. TELEMAQUE**                                                                **PLAINTIFF**

VS.                           CASE NO. 2:05CV00183 JMM

**MAURICE M. PAUL**                                                                     **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this   8   day of August, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court